**William CHANOFF, David Chanoff, Rachel Chanoff and Harriet Fingerote, Plaintiffs–Appellants,**

v.

**UNITED STATES SURGICAL CORPORATION, Leon Hirsch, Turi Josefson, Bruce C. Lustman and Marianne Scipione, Defendants–Appellees.**

No. 2068, Docket 94–7332.

United States Court of Appeals, Second Circuit.

Argued July 21, 1994.

Decided July 28, 1994.

---

Barbara Moses, New York City (Gregory A. Markel, Gary E. Weiss, Michael B. Carlinsky, Orrick, Herrington & Sutcliffe, New York City, Thomas J. Byrne, James T. Shearin, Pullman & Comley, Bridgeport, CT, of counsel), for appellants.

Dale A. Schreiber, New York City (Charles S. Sims, Lawrence S. Block, Proskauer Rose Goetz & Mendelsohn, of counsel), for appellees.

Before: WINTER, McLAUGHLIN, and JACOBS, *Circuit Judges.*

*PER CURIAM:*

We affirm for substantially the reasons stated by the district court.